UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>MATTHEW SULLENGER,<br>   aka "Beetlos,"<br><br>           Defendant. | SA CR No. SACR18-00010 CJC<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 2252A(a)(5)(B),<br>(b)(2): Possession of Child<br>Pornography] |

The Grand Jury charges:

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about June 17, 2015, in Orange County, within the Central District of California, defendant MATTHEW SULLENGER, also known as "Beetlos," knowingly possessed a 320 gigabyte Seagate hard drive, bearing serial number 9QF3J5H1, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which images involved a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign

1  commerce by any means, including by computer, knowing that the images
2  were child pornography.

                                            A TRUE BILL


                                            ___/S/_____
                                            Foreperson


NICOLA T. HANNA
United States Attorney

*Joe McNally AK* (signature)

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

GREGORY S. SCALLY
Assistant United States Attorney
Santa Ana Branch Office