FILED

ORIGINAL

2020 FEB 26 PM 1: 15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2019 Grand Jury

| UNITED STATES OF AMERICA, | No. SA CR 18-10(A)-CJC |
|---|---|
| Plaintiff, | **FIRST SUPERSEDING INDICTMENT** |
| v. | |
| MATTHEW SULLENGER, aka "beetlos," | [18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Access with Intent to View and Possession of Child Pornography] |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about February 21, 2015, in Orange County, within the Central District of California, defendant MATTHEW SULLENGER, also known as "beetlos," knowingly accessed with the intent to view material, namely, the Playpen website, containing at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which images involved a prepubescent minor and a minor who had not attained 12 years of age, that had been transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means,

1  including by computer, knowing that the images were child
2  pornography.

COUNT TWO

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about February 22, 2015, in Orange County, within the Central District of California, defendant MATTHEW SULLENGER, also known as "beetlos," knowingly accessed with the intent to view material, namely, the Playpen website, containing at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which images involved a prepubescent minor and a minor who had not attained 12 years of age, that had been transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

COUNT THREE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about February 25, 2015, in Orange County, within the Central District of California, defendant MATTHEW SULLENGER, also known as "beetlos," knowingly accessed with the intent to view material, namely, the Playpen website, containing at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which images involved a prepubescent minor and a minor who had not attained 12 years of age, that had been transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

COUNT FOUR

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about February 26, 2015, in Orange County, within the Central District of California, defendant MATTHEW SULLENGER, also known as "beetlos," knowingly accessed with the intent to view material, namely, the Playpen website, containing at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which images involved a prepubescent minor and a minor who had not attained 12 years of age, that had been transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

COUNT FIVE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about February 27, 2015, in Orange County, within the Central District of California, defendant MATTHEW SULLENGER, also known as "beetlos," knowingly accessed with the intent to view material, namely, the Playpen website, containing at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which images involved a prepubescent minor and a minor who had not attained 12 years of age, that had been transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

## COUNT SIX

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about March 3, 2015, in Orange County, within the Central District of California, defendant MATTHEW SULLENGER, also known as "beetlos," knowingly accessed with the intent to view material, namely, the Playpen website, containing at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which images involved a prepubescent minor and a minor who had not attained 12 years of age, that had been transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

COUNT SEVEN

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about June 17, 2015, in Orange County, within the Central District of California, defendant MATTHEW SULLENGER, also known as "beetlos," knowingly possessed a 320 gigabyte Seagate hard drive, bearing serial number 9QF3J5H1, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which images involved a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign

//
//

commerce by any means, including by computer, knowing that the images were child pornography.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

Scott M. Garringer
Deputy Chief, Criminal Division For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

VIBHAV MITTAL
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

GREGORY S. SCALLY
Assistant United States Attorney
Santa Ana Branch Office

9