# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 8:18-CR-00010(A)-CJC                Recorder: CS 03/09/2020                Date: 03/09/2020

Present: The Honorable John D. Early, U.S. Magistrate Judge

Court Clerk: Maria Barr                                        Assistant U.S. Attorney: Daniel Lim

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| MATTHEW SULLENGER, aka beetlos<br>    Bond | Mansfield Collins<br>    Retained | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the First Superseding Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the First Superseding Indictment.

This case is assigned to the calendar of District Judge Cormac J. Carney.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 10/27/2020 @ 8:30 a.m.
    Pre-trial Conference 10/19/2020 @ 9:00 a.m.
    Defendant and counsel are ordered to appear before said judge at the time and date indicated. All dates previously set remain.

    Trial and pretrial dates previously set by Judge Carney on 12/09/19 to remain the same unless otherwise ordered by Judge Carney.

PIA: 00 : 04
Initials of Deputy Clerk: mba

cc: Statistics Clerk, PSALA PSASA, USMSA

CR-85 (09/12)                        CRIMINAL MINUTES - ARRAIGNMENT                        Page 1 of 1