E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
GREGORY S. SCALLY (Cal. Bar No. 268073)
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office
     Ronald Reagan Federal Bldg. & U.S. Courthouse
     411 West 4th Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3538
     Facsimile: (714) 338-3708
     E-mail:    gregory.scally@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 18-10-CJC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SETTING STATUS CONFERENCE |
| v. | |
| MATTHEW SULLENGER, | |
| Defendant. | |

    For good cause shown, IT IS HEREBY ORDERED THAT the parties appear for a status conference on February ____, 2024 at _____ a.m./p.m.

_____          _____
  DATE                                  HONORABLE CORMAC J. CARNEY
                                        UNITED STATES DISTRICT JUDGE

Presented by:

　/s/
GREGORY S. SCALLY
Assistant United States Attorney