Mansfield Collins, SBN.104049
**LAW OFFICES OF MANSFIELD COLLINS**
100 N. Barranca St., 7th Fl.
West Covina, CA., 91791
213-384-0982
866-333-2045 Fax
Mansfield.collins@mansfieldcollinslaw.com

Attorneys for Defendant
MATTHEW SULLENGER

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 8.18-00010-SVW |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER ON DEFENDANT'S MOTION IN LIMINE TO EXCLUDE THE INTRODUCTION OF STATEMENTS FROM FBI INTERVIEW** |
| MATTHEW SULLENGER, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The Defendants Motion in Limine is Granted. The Government cannot use evidence of dismissed charges in this trial.

_____        _____

Dated                                                                          HONORABLE STEPHEN V. WILSON
                                                                                         UNITED STATES DISTRICT JUDGE