Standard Form 1034
Revised October 1987
Department of the Treasury
1 TFM 4-2000

# PUBLIC VOUCHER FOR PURCHASES AND SERVICES OTHER THAN PERSONAL

VOUCHER NUMBER

U.S. DEPARTMENT, BUREAU, OR ESTABLISHMENT AND LOCATION
FEDERAL PUBLIC DEFENDER
Central District of California
321 East Second Street
Los Angeles, California 90012

DATE VOUCHER PREPARED

SCHEDULE NUMBER

CONTRACT NUMBER AND DATE

PAID BY

REQUISITION NUMBER AND DATE

**PAYEE'S NAME AND ADDRESS**

Attn: Court Reporting Services
United States District Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

DATE INVOICE RECEIVED

DISCOUNT TERMS

PAYEE'S ACCOUNT NUMBER

SHIPPED FROM | TO | WEIGHT

GOVERNMENT B/L NUMBER

| NUMBER AND DATE OF ORDER | DATE OF DELIVERY OR SERVICE | ARTICLES OR SERVICES *(Enter description, item number of contract or Federal supply schedule, and other information deemed necessary)* | QUAN-TITY | UNIT PRICE COST | UNIT PRICE PER | AMOUNT (1) |
|---|---|---|---|---|---|---|
| 11/3/2026 | | USA v Matthew Sullenger<br>Case Nos.: 18-CR-00010-SVW;<br>26-cv-00893-SVW<br>November 2, 2026, Evidentiary Hearing | | | | |

(Use continuation sheet(s) if necessary)

**(Payee must NOT use the space below)**

**TOTAL**

PAYMENT:
- ☐ PROVISIONAL
- ☐ COMPLETE
- ☐ PARTIAL
- ☐ FINAL
- ☐ PROGRESS
- ☐ ADVANCE

APPROVED FOR =$

EXCHANGE RATE =$1.00

DIFFERENCES

BY [2]
Dale Ogden

TITLE
Deputy Federal Public Defender

Amount verified; correct for payment

*(Signature or initials)*

Pursuant to authority vested in me, I certify that this voucher is correct and proper for payment.

*(Date)* *(Authorized Certifying Officer)* [2] *(Title)*

ACCOUNTING CLASSIFICATION

PAID BY

CHECK NUMBER | ON ACCOUNT OF U.S. TREASURY | CHECK NUMBER | ON *(Name of bank)*

CASH $ | DATE | PAYEE [3]

1. When stated in foreign currency, insert name of currency.
2. If the ability to certify and authority to approve are combined in one person, one signature only is necessary; otherwise the approving officer will sign in the space provided, over his official title.
3. When a voucher is receipted in the name of a company or corporation, the name of the person writing the company or corporate name, as well as the capacity in which he signs, must appear. For example: "John Doe Company, per John Smith, Secretary", or "Treasurer", as the case may be.

PER

TITLE

Previous edition usable

**PRIVACY ACT STATEMENT**

The information requested on this form is required under the provisions of 31 U.S.C. 82b and 82c, for the purpose of disbursing Federal money. The information requested is to identify the particular creditor and the amounts to be paid. Failure to furnish this information will hinder discharge of the payment obligation.