UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No.: | **8:18-cr-00010-SVW**<br>**8:26-cv-00893-SVW** | Date: | November 2, 2026 |

Present: The Honorable **STEPHEN V. WILSON, United States District Judge**

Interpreter: N/A

| Daniel Tamayo | c/s 11-2-2026 | Gregory Shepherd Scally |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Matthew Edward Sullenger | √ | | | Dale Ogden DFPD | √ | √ | |

**Proceedings:**
**EVIDENTIARY HEARING RE:**
**MOTION to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (28 USC 2255) filed by Matthew Sullenger [371] & [382]**
**MOTION to Vacate, Set Aside or Correct Sentence filed by respondent [27]**
(Held and Completed)

Court and counsel confer.

Witnesses called, sworn and testify. Exhibits Identified and Admitted (See List of Exhibits and Witnesses).

The Court ORDERS the parties to file simultaneous opening briefs within 2 weeks of this hearing. Simultaneous Responses are due one week thereafter.

IT IS SO ORDERED.

CC: USPO

2 : 10

Initials of Deputy Clerk: DTA

# LIST OF EXHIBITS AND WITNESSES

| | | | |
|---|---|---|---|
| **Case Number** | 8:18cr10-SVW 8:26cv893-SV | **Title** | USA v. Sullenger / Matthew Edward Sullenger v. United States of America |
| **Judge** | STEPHEN V. WILSON | | |
| **Dates of Trial or Hearing** | November 2, 2026 | | |
| **Court Reporters or Tape No.** | Courtsmart | | |
| **Deputy Clerks** | Daniel Tamayo | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Gregory Shepherd Scally, AUSA | Dale Ogden, DFPD |
| | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | 1 | 11/2/26 | 11/2/26 | Mansfield Collins, Defense Counsel | 11/2/26 |
| | | | 2 | 11/2/26 | 11/2/26 | Matthew Sullenger, Defendant | 11/2/26 |
| | | | 3 | 11/2/26 | 11/2/26 | | |
| | | | 4 | 11/2/26 | 11/2/26 | | |
| | | | 5 | 11/2/26 | 11/2/261 | | |
| | | | 6 | 11/2/26 | 11/2/26 | | |
| | | | 7A | 11/2/26 | 11/2/26 | | |
| | | | 7B | 11/2/26 | 11/2/26 | | |
| | | | 9A | 11/2/26 | 11/2/26 | | |
| | | | 9B | 11/2/26 | 11/2/26 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |